```
 1              UNITED STATES BANKRUPTCY COURT
 2              CENTRAL DISTRICT OF CALIFORNIA
 3                         --oOo--
 4 In Re:                        ) Case No. SV08-19879-MT
                                 )
 5 STEVEN MARK ROSENBERG,        ) Woodland Hills, California
                                 ) Thursday, March 19, 2009
 6       Debtor.                 ) 9:30 a.m.
                                 )
 7 _____)
                                   MOTION FOR RELIEF FROM STAY
 8
                    TRANSCRIPT OF PROCEEDINGS
 9            BEFORE THE HONORABLE MAUREEN TIGHE
                UNITED STATES BANKRUPTCY JUDGE
10
   APPEARANCES:
11
   For the Debtor:              STEVEN ROSENBERG, PRO PER
12
   For IndyMac Federal Bank:    KELLY TRAN, ESQ.
13                              McCarthy & Holthus, LLP
                                1770 Fourth Avenue
14                              San Diego, California 92101
                                (619) 685-4800
15
   Court Recorder:              Jewell Williams
16                              United States Bankruptcy Court
                                21041 Burbank Boulevard
17                              Woodland Hills, California
                                  91367
18
   Transcriber:                 Shonna D. Mowrer
19                              Echo Reporting, Inc.
                                6336 Greenwich Drive, Suite B
20                              San Diego, California  92122
                                (858) 453-7590
21

22

23

24
   Proceedings recorded by electronic sound recording;
25 transcript produced by transcription service.
```

*Echo Reporting, Inc.*

```
                                                                    1
 1   WOODLAND HILLS, CALIFORNIA THURSDAY MARCH 19, 2009 9:30 A.M.
 2                              --oOo--
 3       (Call to order of the Court.)
 4            THE COURT:  Ms. Tran, are you on the phone?
 5            MS. TRAN (Telephonic):  Yes, I am, your Honor.
 6            THE COURT:  Okay.  Mr. Rosenberg is here.
 7            Mr. Rosenberg, I got your papers, but the
 8   documents that IndyMac has submitted show that they have
 9   properly documented the claim.  I understand you've gotten
10   hold of a decision in another court, but that court doesn't
11   mind me.  I actually don't agree with the Vargas case.  And
12   if you are trying to work something out with the lender,
13   that would be something they would do independently with
14   you.
15            I read your papers, but the evidence is that they
16   have properly served the loan and own the loan.  The trust
17   deed is here.  The documentation is there.  There's really
18   nothing else that is required.
19            So you can still go ahead and try to modify the
20   loan.
21            MR. ROSENBERG:  Your Honor, it's not about
22   modifying the loan.  I want to be clear that over a period
23   of four to five years, I have been diligently going through
24   proper channels to let the proper authorities know that my
25   dad, who died last year, was the subject of horrendous -- I
```

2

1  mean just horrendous financial elder abuse.  And this loan
2  is tied into that.
3         I actually appeared before the Police Commission
4  last December -- two Decembers ago.  You can watch the clip
5  on YouTube called Isadore Rosenberg, homicide for financial
6  gain.  He did not receive benefit of the $390,000.  I am the
7  sole heir who has now stepped into his place.
8         There is key, key fundamental issues here of the
9  trust deed being defective.  I'm looking forward, in fact,
10 to going now into Federal Court on the civil aspect.  You
11 can do what you respectfully need to do, but there's major,
12 major prima facie evidence that the corporations that were
13 involved in issuing this loan were not holding viable
14 status.
15         THE COURT:  Have you brought suit in the Superior
16 Court?
17         MR. ROSENBERG:  This -- again, I'm just -- I don't
18 even know what the right word to say is.  But the way
19 IndyMac presented themselves before you, they have pulled
20 the wool over your eyes.  And respect -- by that I mean they
21 have said IndyMac, FSB Federal Bank assignees or successors.
22 If you look at the federal cases right now, nothing is in
23 Superior Court.  And why is nothing in Superior Court?
24 Because they have misled you.  And it's really the FDIC who
25 is running the show.  You cannot take the FDIC into Superior

3

1  Court.
2          THE COURT:  But have you filed, then, an adversary
3  in this bankruptcy?  I mean, have you filed suit to prove
4  your allegations?
5          MR. ROSENBERG:  Let me go on record of saying
6  this, your Honor.  During my confirmation hearing, I
7  explained to the Trustee many of the discrepancies that were
8  involved in this loan.  I was counting on the Trustee
9  mistakenly to file what was called the 544 that would make
10 this loan void.
11         He had it for three months.  He had asked for all
12 the refinance papers.  I gave him that.  I gave him the
13 appraisal that showed there was only one interior
14 photograph.  It was of a bathroom.  It was not even of the
15 subject house.
16         Just -- by the way, I'm not an attorney.
17         THE COURT:  I understand that, sir.  But in order
18 to prove your claims against IndyMac, you've got to file
19 some sort of a complaint.
20         MR. ROSENBERG:  I understand that.
21         THE COURT:  The Trustee apparently has declined to
22 do that.
23         MR. ROSENBERG:  I understand that.  And I'm
24 looking actually to file a complaint or suit against him for
25 negligence and not -- you know who's getting a real

4

disservice here, your Honor?  It's my own creditors. Because I can wait out the 180 days.  And I'm going to for sure prevail against IndyMac in another court forum 100-percent.  One hundred percent.

It's the creditors of my case right now who are getting, for lack of a better word, shafted because the Trustee dropped the ball, didn't want to do -- it was not heavy lifting to do a 544 and challenge this.

I will go ahead and do a 522 maybe, but I have other court venues.  I also have three attorneys who are just licking their lips for this particular case because they know how egregious the actions of both IndyMac were and the defunct corporations, United Financial Mortgage.

THE COURT:  Okay.

MR. ROSENBERG:  And I -- and if they do any foreclosure action, they are now on notice of the severity of continuing in a nonauthorized way.

THE COURT:  Okay.

MR. ROSENBERG:  So go ahead, rule, lift the stay. It's water off a duck's back to me because there's such strong, strong compelling evidence to present in other court areas.

THE COURT:  Okay.  Well, based on the evidence I have here, I am obliged to grant the motion.  But if you're going to do anything, you need to do it quickly.  And you're

5

1 now authorized to go ahead and do that.  So go ahead and
2 file whatever other actions.
3            MR. ROSENBERG:  In the adversary proceeding --
4            THE COURT:  Okay.  Or --
5            MR. ROSENBERG:  -- against these guys.
6            THE COURT:  -- wherever else.  You can file it in
7 the Federal Court -- the District Court.  If you're talking
8 about suing FDIC or IndyMac, you need to file that in the
9 U.S. District Court.
10           MR. ROSENBERG:  Okay.  You're giving me -- you
11 see, I was constrained because, as I read the laws, I --
12           THE COURT:  You're no longer -- you're no longer
13 constrained in your Chapter 7.  So go ahead and file it in
14 the U.S. District Court.
15           MR. ROSENBERG:  Okay.  I certainly, certainly
16 appreciate that.
17           THE COURT:  Okay.  Thank you, sir.
18           MR. ROSENBERG:  Thank you.
19           THE COURT:  Thank you, Ms. Tran.
20           MS. TRAN:  I'll represent that I'll submit the
21 order.  And just for the record, I have no way to confirm
22 anything the Debtor was alleging.  And any adversary he
23 wants to raise, this is not the appropriate forum to do so,
24 and the motion is released.
25           THE COURT:  Right.  Okay.  So we'll leave that --

6

1  since it's a Chapter 7 and it's a no-asset case, we'll leave
2  this further decision to the District Court and any action
3  there because it's the FDIC.
4          MR. ROSENBERG:  Thank you.
5          MS. TRAN:  Thank you, your Honor.
6          THE COURT:  Thank you both.
7      (Proceedings concluded.)

15         I certify that the foregoing is a correct
16 transcript from the electronic sound recording of the
17 proceedings in the above-entitled matter.

19 /s/Shonna Mowrer                          2/14/13
   Transcriber                               Date

   FEDERALLY CERTIFIED TRANSCRIPT AUTHENTICATED BY:

   /s/L.L. Francisco
23 L.L. Francisco, President
   Echo Reporting, Inc.

*Echo Reporting, Inc.*